IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD ANDREW WACHTA MCCLARY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>FLORENCE ELIZABETH MORRISON MCCLARY, )<br>)<br>Respondent. ) | Case No. 3:07-cv-0845<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 11) filed by the Petitioner, Richard Andrew Wachta McClary, is **GRANTED**.

It is further **ORDERED** that the Respondent is immediately to arrange with the Petitioner for the prompt return of the children to Germany.

It is further **ORDERED** that the Respondent shall have ten days to provide evidence demonstrating that an order for costs would be clearly inappropriate in this case.

It is so Ordered.

Entered this 11th day of October 2007.

_____
ALETA A. TRAUGER
United States District Judge